# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2018

## NO. 03-17-00631-CR

**Michael David Holley, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed

the record and the parties' arguments, the Court holds that there was no reversible error in the

judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2018

### NO. 03-17-00632-CR

**Michael David Holley, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed

the record and the parties' arguments, the Court holds that there was no reversible error in the

judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.